# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

COLLIS MARTIN,

    Plaintiff,

v.

JOHN DOE, *et al.*,

    Defendants.

Case No. 2:11-CV-00658-KJD-CWH

**ORDER**

      Plaintiff filed this action pursuant to 42 U.S.C. § 1983.  On August 10, 2011, Magistrate Judge George W. Foley issued an Order and Findings and Recommendations (#5) recommending that Plaintiff's complaint be dismissed with prejudice because the Court does not have jurisdiction to hear appeals from the rulings of a state trial court.  Objections to the findings and recommendation were due no later than August 27, 2011.  More than the allotted time has elapsed and Plaintiff has not filed objections.  Accordingly, this entire action will be dismissed because the Court does not have jurisdiction to hear appeals from the rulings of a state trial court.

      Furthermore, Court mail addressed to Plaintiff has been returned as undeliverable.  Accordingly, even if the Court were not dismissing the action for lack of jurisdiction, the Court would dismiss the complaint against defendants without prejudice in accordance with Local Special Rule 2-2 for Plaintiff's failure to update his current address.

Accordingly, **IT IS HEREBY ORDERED** that the Order and Findings and Recommendations (#5) of the United States Magistrate Judge entered August 10, 2011, are **ADOPTED** and **AFFIRMED**;

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** because the Court does not have jurisdiction to hear appeals from the rulings of a state trial court.

DATED this 3rd day of October 2011.

_____
Kent J. Dawson
United States District Judge